# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO ANTONIO PLAZA DE LOS SANTOS,<br><br>                                   Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, Department of Homeland Security, et al.,<br><br>                                   Respondents. | Case No.:  26cv4238 DMS (JAC)<br><br>**ORDER DISMISSING CASE** |

In light of the parties' Joint Motion, (ECF No. 6), this case is dismissed without prejudice.  The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated:  August 7, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv4238 DMS (JAC)